371 F.3d 592
 GRANITE ROCK COMPANY; John Orcutt; Martha Edwards; Arthur Wilson Woolpert, Notice shareholder, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 03-15485.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted May 12, 2004.
 Filed June 9, 2004.
 
 Daniel F. Polsenberg (argued) and Beau Sterling, Las Vegas, NV, for the plaintiffs-appellants.
 Eileen J. O'Connor, Assistant Attorney General; Richard Farber, Joel McElvain, and Teresa E. McLaughlin (argued), Attorneys, Tax Division, United States Department of Justice, Washington, DC; Kevin V. Ryan, United States Attorney, and Jay R. Weil, Assistant United States Attorney, Northern District of California, San Francisco, CA (of counsel), for the defendant-appellee.
 Appeal from the United States District Court for the Northern District of California; James Ware, District Judge, Presiding. D.C. No. CV-01-21044-JW.
 Before O'SCANNLAIN, SILER,* and HAWKINS, Circuit Judges.
 
 ORDER
 
 1
 We affirm for the reasons stated in Judge Ware's published opinion, 243 F.Supp.2d 1059 (N.D.Cal.2003).
 
 
 2
 AFFIRMED.
 
 
 
 Notes:
 
 
 *
 The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge, United States Court of Appeals for the Sixth Circuit, sitting by designation